# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

HORACE RHONE,

    Plaintiff,

v.                                Case No: 5:16-cv-242-Oc-30PRL

SPIRIT OF LIFE RECOVERY CENTER,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Motion to Dismiss Voluntary (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Dismiss Voluntary (Dkt. #4) is GRANTED.

2. This cause is dismissed without prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of April, 2016.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\2016\16-cv-242 dismiss 4.docx